IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

PETITION TO APPEAR ON BEHALF OF THE UNITED STATES

MISC. NO. 06-__169__ (JAF)

MICHAEL J. O'BRIEN, ESQ.
Senior Trial Attorney
Equal Employment Opportunity Commission
New York District Office
33 Whitehall Street, 5th Floor
New York, New York   10004

ORDER

Elizabeth Grossman, Regional Attorney of the Equal Employment Opportunity Commission ("EEOC"), New York District Office and Senior Trial Attorney Michael J. O'Brien, have filed a motion on August 1, 2006 on behalf of Michal J. O'Brien, for the purpose of appearing before this Court to represent the United States.

Pursuant to Rule 83.1(e) of the Local Rules of the Court, attorneys employed by the United States, its agencies and dependencies, may appear as attorney of record for the United States. Accordingly, Michael J. O'Brien is granted leave to appear as attorney of record for the United States in cases before this District and will be assigned an attorney number for that limited purpose. Said attorney will inform the Court, by motion, when his appointment in the Equal Employment Opportunity Commission terminates. Moreover, said attorney is ORDERED to appear at the Clerk's Office when physically within the District of Puerto Rico, to sign the registry of attorneys.

In San Juan, Puerto Rico this ___ day of August, 2006.

FRANCES RIOS DE MORAN, ESQ.
Clerk of Court

Angel A. Valencia-Aponte, Esq.
Chief Deputy Clerk

BAR NO. G00403